**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SOULMAZ HEYDARI and SHAHIN SARTIPI, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No.: 1:17-cv-02081 |
| | ) | |
| DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN F. KELLY, in his official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; REX TILLERSON, in his official capacity as Secretary of State; and the UNITED STATES OF AMERICA, | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |

**NOTICE OF RULE 41(A)(1)(i) DISMISSAL**

Plaintiffs Soulmaz Heydari and Shahin Sartipi hereby dismiss the above-captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) as K-1 visas have been issued to both of their fiancés, rendering their claims, as currently set forth in the First Amended Complaint, moot.

Date: June 16, 2017

Respectfully submitted,

/s/ *James J. Boland*

James J. Boland
John T. Shapiro
Katheleen A. Ehrhart
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60611
312.360.6000 (phone)
312.360.6520 (fax)

*Attorneys for Plaintiffs Soulmaz Heydari and Shahin Sartipi*

**(Additional Counsel on Following Page)**

**Additional Counsel**

Michael D. Freeborn
Matthew R. Campobasso
Lauren S. Berheide
Martin Syvertsen
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60611
312.360.6000 (phone)
312.360.6520 (fax)

Fiona McEntee
McENTEE LAW GROUP
875 N. Michigan Avenue
Suite 3100
Chicago, IL 60611
773.828.9544 (phone)

*Attorneys for Plaintiffs Soulmaz Heydari and Shahin Sartipi*

Ladan Mirbagheri-Smith
MIRBAGHERI & SMITH LLP
1688 East Gude Drive, Suite 201
Rockville, MD 20850
301.309.1223 (phone)
301.309.1229 (fax)

*Attorneys for Plaintiff Soulmaz Heydari*

Alén Takhsh
TAKHSH LAW, P.C.
701 Main Street, Suite 204
Evanston, IL 60202
(312) 561-3735

*Attorneys for Plaintiff Shahin Sartipi*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to Counsel for Defendants, who participate in electronic filing in this District.

/s/ *James J. Boland*

James J. Boland
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, IL 60611
312.360.6000 (phone)
312.360.6520 (fax)
jboland@freeborn.com